The People of the State of New York ex rel. McCombs v. The Board of Town Auditors of

## First Department, May Term, 1892.

Deer Park. — Order affirmed for non-service of case and points according to submission, with ten dollars costs and disbursements.